UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 16cr1694-JLS |
|---|---|
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| ROBERTO ANTONIO SANDOVAL, | |
| Defendant. | |

On August 23, 2017, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of ROBERTO ANTONIO SANDOVAL ("Defendant") in the following properties, pursuant to 18 U.S.C. §§ 2253 (a) and (b):

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses for which Defendant was found guilty, including:

1. All images of child pornography, as defined in Title 18, United States Code, Section 2256; and
2. One (1) silver HP Envy 700PC tower, Serial No. MXX4200SRG;
3. One (1) generic black desktop computer;
4. One (1) purple Toshiba Satellite laptop computer with cord, Serial No. 6A306429W;

5. One (1) black Dell Inspiron laptop computer, Model No.PP41L;
6. One (1) black Advance external hard drive;
7. One (1) black My Passport external hard drive Ser No:WXQ1E82JFDAS;
8. One (1) black Buffalo external hard drive, Ser No: 897144250002057;
9. One (1) black Seagate external hard drive, Ser No:NA4CZ2CS; and
10. One (1) silver/gray My Passport Ultra external hard drive, Ser No:WX81AB398740.

On December 7, 2022, The United States sent Notice of Order of Forfeiture by Federal Express mail to the following potential third parties:

| Name and Address | Tracking No. | Result |
|---|---|---|
| Aida Sandoval<br>2894 Franklin Avenue<br>San Diego, California 92113 | 771535573812 | Delivered. |
| Bartolo Perez Peralta<br>2894 Franklin Avenue<br>San Diego, CA 92113 | 771535622847 | Delivered. |
| Santana James Garcia<br>2894 Franklin Avenue<br>San Diego, CA 92113 | 771535656514. | Delivered. |
| Ricardo Sandoval<br>2894 Franklin Avenue<br>San Diego, CA 92113 | 771535600566 | Delivered. |
| Veronica Figueroa<br>2894 Franklin Avenue<br>San Diego, CA 92113 | 771535637520. | Delivered. |
| Santana James Garcia<br>729 N. Grape Street, Apt.1<br>Escondido, CA 92025 | 771535656514 | Delivered. |

For thirty (30) consecutive days ending on September 28, 2017, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G (4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of Defendant's conviction on Count 1 of the Indictment and based upon the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of ROBERTO ANTONIO SANDOVAL and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America pursuant to Title 18, United States Code, Section §§ 2253(a) and (b):

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses has pled guilty, including:

1. All images of child pornography, as defined in Title 18, United States Code, Section 2256; and
2. One (1) silver HP Envy 700PC tower, Serial No. MXX4200SRG;
3. One (1) generic black desktop computer;
4. One (1) purple Toshiba Satellite laptop computer with cord, Serial No. 6A306429W;

5. One (1) black Dell Inspiron laptop computer, Model No.PP41L;
6. One (1) black Advance external hard drive;
7. One (1) black My Passport external hard drive Ser No:WXQ1E82JFDAS;
8. One (1) black Buffalo external hard drive, Ser No: 897144250002057;
9. One (1) black Seagate external hard drive, Ser No:NA4CZ2CS; and
10. One (1) silver/gray My Passport Ultra external hard drive, Ser No:WX81AB398740.

IT IS FURTHER ORDERED that costs incurred by the Federal Bureau of Investigation and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation shall dispose of the forfeited properties according to law.

**IT IS SO ORDERED.**

Dated:  February 24, 2023

Hon. Janis L. Sammartino
United States District Judge